

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007-2601

**Eric Proshansky**
Telephone: (212) 788-1324
Facsimile: (212) 788-1633
eproshan@law.nyc.gov

December 21, 2006

**Via Hand Delivery and ECF**
Hon. Jack B. Weinstein
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

       Re: *The City of New York v. A-1 Pawn & Jewelry, Inc. et al.*, 06 CV 2233
          (E.D.N.Y.)

Dear Judge Weinstein:

       James Thomas Farmer Jr., d/b/a Jim's Guns and Whatever, is a defendant in the above-referenced action. Mr. Farmer recently entered into a settlement agreement with the City, which is attached and also filed on ECF. The City respectfully requests that Your Honor approve this agreement as So Ordered and cause it to be filed.

                                        Respectfully submitted,

                                          Eric Proshansky
                                          Assistant Corporation Counsel

cc: All counsel via ecf