UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
THE CITY OF NEW YORK,

                         Plaintiff,

-against-

A-1 JEWELRY & PAWN, INC.; ADVENTURE
OUTDOORS, INC.; COLE'S GUN SHOP, INC.;
DUNKELBERGER'S SPORTS OUTFITTERS;
GALLERY DISTRIBUTING INC.; GREG L.
DRIGGERS d/b/a AAA Gun & Pawn Brokers;
THE GUN STORE, INC.; HAROLD W.
BABCOCK, JR. d/b/a Webb's Sporting Goods;
JAMES THOMAS FARMER d/b/a Jim's Guns
and Whatever; MICKALIS PAWN SHOP, LLC;
NANCY DAILEY d/b/a Peddler's Post; OLD
DOMINION GUNS & TACKLE, INC.; PATRIOT
SERVICES, INC.; WELSH PAWN SHOP, INC.
d/b/a Big Tom's Pawn Shop; WOODROW C.
HOLMAN III d/b/a Woody's Pawn Shop

                         Defendants.
-----------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT
★ FEB 26 2008
BROOKLYN OFFICE

06-CV-2233

ORDER

JACK B. WEINSTEIN, Senior District Judge:

      By letter dated December 24, 2007, Old Dominion Guns & Tackle, Inc. ("Old Dominion") requested an extension of ten business days to file a motion to reconsider the court's December 18, 2007 Memorandum and Order. See Letter by John M. Lambros dated Dec. 24, 2007, Docket Entry No. 412.

      The December 18, 2007 Memorandum and Order denied Old Dominion's motion to dismiss the amended complaint for lack of personal jurisdiction and for failure to state a claim, motion for a certification of the personal jurisdiction issues to the Court of Appeals for the Second Circuit, and motion for a stay pending a decision by the Court of Appeals for the Second

1



Circuit in <u>City of New York v. Beretta U.S.A. Corp.</u>, No. 00-CV-3641, 401 F. Supp. 2d 244 (E.D.N.Y. 2005).  <u>See</u> Memorandum & Order dated Dec. 18, 2007, Docket Entry No. 402.

The court granted Old Dominion's request for leave for late filing of the motion.  <u>See</u> Order dated Dec. 26, 2007, Docket Entry No. 414; <u>see also</u> Order dated Jan. 22, 2008, Docket Entry No. 446.  Old Dominion filed its motion to reconsider on January 17, 2008.  <u>See</u> Old Dominion's Motion to Reconsider, Docket Entry No. 442.

The court has been informed that the City of New York has reached a settlement agreement with Old Dominion.  The motion is denied as moot.

SO ORDERED.

Jack B. Weinstein
Senior Judge, Eastern District of New York

Dated: February 15, 2008
Brooklyn, New York

2