FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 0 5 2008 ★
BROOKLYN OFFICE

# JENNER&BLOCK

February 1, 2008

Jenner & Block LLP
919 Third Avenue
37th Floor
New York, NY 10022
Tel 212-891-1600
www.jenner.com

Chicago
Dallas
New York
Washington, DC

Andrew Weissmann
Tel  212 891-1650
Fax  212 909-0850
aweissmann@jenner.com

**VIA UPS OVERNIGHT DELIVERY**

Honorable Jack B. Weinstein
United States District Judge
United States District Court
For the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Cheryl L. Pollak
United States Magistrate Judge
Chambers Room 1230
Courtroom 13B - South
United States District Court
For the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   **The City of New York v. A-1 Jewelry & Pawn, Inc., et al.**
      **06 CV 2233 (JBW) (CLP)**

      **The City of New York v. Bob Moates' Sport Shop, et al.**
      **06 CV 6504 (JBW)(CLP)**

Dear Judges Weinstein and Pollak:

   I write to inform you that, pursuant to the Appointment Order and settlement agreements with respect to the parties listed below in *The City of New York v. A-1 Jewellery & Pawn, Inc.*, 06 CV 2233 (JBW) (CLP), and *The City of New York v. Bob Moates' Sport Shop*, 06 Civ. 6504 (JBW)(CLP), the Special Master has issued a written report covering the time period from the date of settlement through November 30, 2007. Each party has been sent the portions of the report that pertain to it. Please let us know if you would like to receive a copy of the report or have any questions.

Very truly yours,

Andrew Weissmann

AW/ca
cc:   Corporation Counsel of the City of New York
      Big Tom's Pawn Shop

15170_1

Coastal Pawn Shop
Cole's Gun Shop, Inc.
Dick's Pawn Shop, Inc.
Dunkelberger's Sports Outfitters
Hot Shots Jewelry & Pawn
Jim's Guns & Whatever
Miller Rod & Gun, Inc.
Rooks Sales & Service
Town & Country Pawn Shop

15170_1