UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

THE CITY OF NEW YORK,

Plaintiff,

-against-

A-1 JEWELRY & PAWN, INC.; ADVENTURE OUTDOORS, INC.; COLE'S GUN SHOP, INC.; DUNKELBERGER'S SPORTS OUTFITTERS; GALLERY DISTRIBUTING INC.; GREG L. DRIGGERS d/b/a AAA Gun & Pawn Brokers; THE GUN STORE, INC.; HAROLD W. BABCOCK, JR. d/b/a Webb's Sporting Goods; JAMES THOMAS FARMER d/b/a Jim's Guns and Whatever; MICKALIS PAWN SHOP, LLC; NANCY DAILEY d/b/a Peddler's Post; OLD DOMINION GUNS & TACKLE, INC.; PATRIOT SERVICES, INC.; WELSH PAWN SHOP, INC. d/b/a Big Tom's Pawn Shop; WOODROW C. HOLMAN III d/b/a Woody's Pawn Shop,

Defendants.

06-CV-2233(JBW)(CLP)

-------------------------------------------------------------------x

**PLAINTIFF THE CITY OF NEW YORK'S REQUEST TO ENTER A DEFAULT**
**<u>AGAINST DEFENDANT MICKALIS PAWN SHOP, LLC</u>**

MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York
100 Church Street, Room 3-158
New York, New York 10007
(212) 788-1324

PILLSBURY WINTHROP
SHAW PITTMAN LLP
1540 Broadway
New York, New York 10036
(212) 858-1000
Attorneys for Plaintiff

TO: ROBERT C. HEINEMANN, CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Please enter a default with respect to defendant Mickalis Pawn Shop, LLC, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, for failure to defend the above-captioned action, as fully appears from the court file herein and from the attached affidavit of Eric Proshansky, Esq.

Dated: New York, New York
March 31, 2008

MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York
*Attorney for Plaintiff the City of New York*
100 Church Street, Rm 20-99
New York, New York 10007
(212) 788-0972

By: ______________________
Eric Proshansky

Of Counsel:

Gail Rubin
Richard J. Costa
Melanie C.T. Ash
Ari Biernoff
Assistant Corporation Counsels

PILLSBURY WINTHROP SHAW PITTMAN, LLP
*Attorneys for Plaintiff the City of New York*
1540 Broadway
New York, New York 10036
(212) 858-1000

Of Counsel: Kenneth W. Taber
John Pritchard
Bryan Dunlap
J. Portis Hicks
Susan Greenberg
Sangita Shah
James Wheaton
Kenneth Newby
Greg Lembrich
Angie Kim
Elizabeth Husa
Ryan Kriger