# *EXHIBIT A*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------X

THE CITY OF NEW YORK, : 06-CV-2233

v. Plaintiff,

A-1 JEWELRY & PAWN, INC., et al., : 225 Cadman Plaza East, Brooklyn, New York

Defendants. : March 18, 2008

---------------------------------X

TRANSCRIPT OF CIVIL CAUSE FOR STATUS CONFERENCE
BEFORE THE HONORABLE CHERYL L. POLLAK
UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the Plaintiff:

KENNETH WILLIAM TABER, ESQ.
BRIAN DUNLAP, ESQ.
Pillsbury, Winthrop, Shaw, Pittman, LLP
1540 Broadway
New York, New York 10036

ERIC PROSHANSKY, ESQ.
MELANIE C. T. ASH, ESQ.
RICHARD COSTA, ESQ.
Corporation Counsel of the City of New York
100 Church Street
New York, New York 10007

For Defendant Retailers:

SCOTT ALLAN, ESQ.
Renzulli Law Firm, LLP
300 East 42nd Street
17th Floor
New York, New York 10017

(Appearances continue on next page.)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

APPEARANCES CONTINUED:

For Mickalis Pawn Shop: CARL PIERCE, ESQ.
Pierce, Herns, Sloan & McLeod
321 East Bay Street
Charleston, South Carolina 29401

JUSTIN S. KAHN, ESQ.
Kahn Law Firm
PO Box 31397
Charleston, South Carolina 29417

Court Transcriber: RUTH ANN HAGER
Typewrite Word Processing Service
356 Eltingville Boulevard
Staten Island, New York 10312

Proceedings recorded by electronic sound recording, transcript produced by transcription service

MR. ALLAN: That's correct, Your Honor. Mickalis Pawn has decided that it does not intend to further defend this case in Brooklyn.

MR. PROSHANKY: Oh, well, that's new news. If what we're being told is they're going to default, Your Honor, then that's a whole different story.

THE COURT: Is that what you're representing, Mr. Allan?

MR. ALLAN: Mickalis Pawn is no longer going to defend. Whether the Court puts him in default is obviously an issue between the Court and the City but, yes, he understands that that is an obvious consequence of his decision to no longer defend. We have Mr. Mickalis available if you had wanted to question him on this issue, Your Honor.

THE COURT: Sure.

MR. PROSHANKY: Your Honor, just so everybody is clear, what I think is being offered is that he is going to default to the City's request for injunctive relief and will, in effect, be submitting to that with all of the collateral estoppel consequences that come from a default judgment in this context where somebody has defended a litigation for almost two full years and then default.

THE COURT: Is --

MR. PROSHANKY: So if that's what everybody understands is happening, that's going to be okay with the

City.

THE COURT: Does he understand that, Mr. Allan?

MR. ALLAN: He does understand the consequences and we have him available if Your Honor would like to confirm that.

THE COURT: Is he on the phone now?

MR. ALLAN: I believe he is in Mr. Kahn's office. I don't know if he's on the phone at the moment.

MR. KAHN: He's right here, but -- he's right here.

MR. PROSHANKY: Justin, has he heard this dialogue?

MR. KAHN: Yeah, we've been sitting here.

MR. ALLAN: Okay.

THE COURT: Okay, so --

MR. MICKALIS: Who am I talking to now? Is that Taber or Proshanky?

MR. TABER: That's Ken Taber.

MR. MICKALIS: Oh.

THE COURT: Is that Mr. Mickalis?

MR. MICKALIS: Yes, ma'am.

THE COURT: Good morning, sir. How are you?

MR. MICKALIS: Pretty good.

THE COURT: I just want to make sure that you understand your attorneys in this case have asked to withdraw and cease representing you or your firm any further in this matter. You understand that that's what they've asked?

MR. MICKALIS: Well, Your Honor has left me no choice but to have them withdraw. We requested the motion to stay. The only requested to sever the case. I cannot pay Renzulli to further defend this case and I can't ask Justin Kahn and Carl Pierce to fly back and forth 20 times between now and the trial nor can I pay for that.

THE COURT: Well, that's the decision obviously that you have to make. I personally did not deny your request. Just for the record, it was Judge Weinstein who denied that request to stay further proceedings pending your criminal prosecution, but I just want to make clear so that we don't have any misunderstanding.

MR. MICKALIS: I understand that.

THE COURT: Okay.

MR. MICKALIS: But I further am -- I'm disappointed in the Court in the way that they have denied everything that we've put up in front of them since this case began. You know, the last time I had a conversation with you -- well, I didn't have a conversation. It was over me making threatening phone calls to witnesses. Did you ever get any proof to that? No. Because those were lies on the part of Greg Lambert towards me. This whole case is full of lies from the City's part of it and Proshanky and putting together the trace evidence. I'm surprised at Your Honor with her high education hasn't seen some of this.

THE COURT: Well, to me -- I -- Mr. Mickalis, I haven't seen any of the evidence at this point, so I'm not in a position to evaluate it. I just want to make sure that you understand that if you do not have an attorney to represent Mickalis Pawn, then the City is going to move for a default and because corporations cannot appear in court without counsel, a default will enter. As Mr. Taber was just indicating that means that the injunctive relief that the City has requested will in all likelihood be granted by the Judge. Do you understand that?

MR. MICKALIS: I understand that, but what about the issue of representing myself if I can?

THE COURT: Well, if you were an individual sued here in this action, you could represent yourself. But because it is your company that is sued and not you, you can't come in and represent your company. That's just one of the rules.

MR. MICKALIS: You're explaining it to me and Justin is at the same time. I don't know what my options are right now. You know, I have had every intention of continuing this fight on but, you know, I'm a small business. I don't have the power that the City of New York has, nor have I had the money. I've had people that are investigators running around telling people I'm shifting drugs to New York, slandering my name, running me in the ground, making up fictitious lies