UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x

THE CITY OF NEW YORK,

Plaintiff,

06 CV 2233 (JBW) (CLP)

-against-

A-1 JEWELRY & PAWN, INC.; ADVENTURE OUTDOORS, INC.; COLE'S GUN SHOP, INC., DUNKELBERGER'S SPORTS OUTFITTERS, GALLERY DISTRIBUTING INC.; GREG L. DRIGGERS d/b/a AAA Gun & Pawn Brokers; THE GUN STORE, INC.; HAROLD W. BABCOCK, JR. d/b/a Webb's Sporting Goods; JAMES THOMAS FARMER d/b/a Jim's Guns and Whatever; MICKALIS PAWN SHOP, LLC; NANCY DAILEY d/b/a Peddler's Post; OLD DOMINION GUNS & TACKLE, INC.; PATRIOT SERVICES, INC.; VIRGINIA FIREARMS & TRANSFERS, INC.; WELSH PAWN SHOP, INC. d/b/a Big Tom's Pawn Shop; WOODROW C. HOLMAN III d/b/a Woody's Pawn Shop,

Defendants.

---------------------------------------------------------------------- x

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of April, 2008, the undersigned served a copy of the City of New York's Request to Enter a Default Against Defendant Mickalis Pawn Shop, LLC, with accompanying affidavit and exhibit, by regular mail upon:

Mickalis Pawn Shop, LLC
1022 N. Main Street
Summerville, SC 29483

Dated: January 3, 2008
New York, New York

Ari Biernoff
Assistant Corporation Counsel