FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ APR 02 2008 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

THE CITY OF NEW YORK,

Plaintiff,

-against-

A-1 JEWELRY & PAWN, INC.; ADVENTURE OUTDOORS, INC.; COLE'S GUN SHOP, INC.; DUNKELBERGER'S SPORTS OUTFITTERS; GALLERY DISTRIBUTING INC.; GREG L. DRIGGERS d/b/a AAA Gun & Pawn Brokers; THE GUN STORE, INC.; HAROLD W. BABCOCK, JR. d/b/a Webb's Sporting Goods; JAMES THOMAS FARMER d/b/a Jim's Guns and Whatever; MICKALIS PAWN SHOP, LLC; NANCY DAILEY d/b/a Peddler's Post; OLD DOMINION GUNS & TACKLE, INC.; PATRIOT SERVICES, INC.; WELSH PAWN SHOP, INC. d/b/a Big Tom's Pawn Shop; WOODROW C. HOLMAN III d/b/a Woody's Pawn Shop,

Defendants.

---------------------------------------------------------------X

CLERK'S NOTATION OF DEFAULT
06-CV- 2233 (JBW)

I, Robert C. Heinemann, Clerk of the Court for the United States District Court for the Eastern District of New York, do hereby certify that the Affidavit of Service in the above-entitled action indicates that defendant, MICKALIS PAWN SHOP, LLC, was served with a copy of the Summons and Complaint on May 22, 2006, by personally delivering a copy of the Summons and Complaint to Larry Mickalis, the Owner of the corporation located 1024 N. Main Street, Summerville, South Carolina 29483.

I further certify that a review of the court file and docket entries indicates that defendant, MICKALIS PAWN SHOP, LLC, have failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

The default of defendant, MICKALIS PAWN SHOP, LLC, is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
April 2, 2008

ROBERT C. HEINEMANN
CLERK OF COURT

By: Janet Hamilton
Deputy Clerk