US MAGISTRATE JUDGE CHERYL L. POLLAK           DATE: 11/12/08

TIME SPENT: _____

DOCKET NO. 06 CV 2233 (JBW)

CASE: City of N.Y. v Gallery

- \_\_\_\_ INITIAL CONFERENCE
- \_\_\_\_ DISCOVERY CONFERENCE
- \_\_\_\_ SETTLEMENT CONFERENCE
- \_\_\_\_ MOTION HEARING
- ✓ OTHER/STATUS CONFERENCE
- \_\_\_\_ FINAL/PRETRIAL CONFERENCE
- \_\_\_\_ TELEPHONE CONFERENCE
- \_\_\_\_ ORAL ARGUMENT

**MANDATORY DISCLOSURE:**

\_\_\_\_ COMPLETED          \_\_\_\_ DATE TO BE COMPLETED BY

FOR PLAINTIFF: _____

FOR DEFENDANT: _____

\_\_\_\_ DISCOVERY TO BE COMPLETED BY _____

\_\_\_\_ NEXT CONFERENCE SCHEDULED FOR _____

\_\_\_\_ JOINT PRE-TRIAL ORDER TO BE SUBMITTED TO CLERK'S OFFICE BY _____

PL. TO SERVE DEF. BY: _____           DEF. TO SERVE PL. BY: _____

**RULINGS:**

Hearing held to address Sept 11, 2008 request by Special Master re Gallery's failure to comply with terms of the Settlement Agreement.

Mr. Fisher failed to appear but Mrs Fisher was contacted by phone and agreed to inspection by Sp. Master for 11/18 at 11:00

Request to impose penalties denied pending outcome of 11/18 visit