UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x
THE CITY OF NEW YORK,

                Plaintiff,

     -against-

ADVENTURE OUTDOORS, INC.
and MICKALIS PAWN SHOP, LLC,

                Defendants.
----------------------------------------------------------------- x

06-CV-2233 (JBW)

ORDER & DEFAULT
JUDGMENT

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 24 2009
BROOKLYN OFFICE

**JACK B. WEINSTEIN, Senior United States District Judge:**

The magistrate judge's report and recommendation, dated January 27, 2009, amending the previous report and recommendation as to Mickalis Pawn Shop, LLC ("Mickalis") and recommending the entry of default judgment against Adventure Outdoors, Inc. ("Adventure Outdoors"), is approved and adopted in whole as the order, judgment, findings of fact and conclusions of law of this court. The City's motions for default judgment against Mickalis and Adventure Outdoors are granted. *See* Judgments Granting Injunctive Relief.

SO ORDERED

_____
Jack B. Weinstein
Senior United States District Judge

Dated: March 23, 2009
       Brooklyn, New York