FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 21 2009 ★

BROOKLYN OFFICE

# JENNER&BLOCK

May 15, 2009

Jenner & Block LLP
919 Third Avenue
37th Floor
New York, NY 10022
Tel 212-891-1600
www.jenner.com

Chicago
Los Angeles
New York
Washington, DC

Andrew Weissmann
Tel 212 891-1650
Fax 212 909-0850
aweissmann@jenner.com

**VIA UPS OVERNIGHT DELIVERY**

Honorable Jack B. Weinstein
United States District Judge
United States District Court
For the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Cheryl L. Pollak
United States Magistrate Judge
Chambers Room 1230
United States District Court
For the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: **The City of New York v. A-1 Jewelry & Pawn, Inc., et al.**
06 CV 2233 (JBW) (CLP)

**The City of New York v. Bob Moates' Sport Shop, et al.**
06 CV 6504 (JBW)(CLP)

Dear Judges Weinstein and Pollak:

    I write to inform you that, pursuant to the Appointment Orders and settlement agreements with respect to the parties listed below in *The City of New York v. A-1 Jewellery & Pawn, Inc.*, 06 CV 2233 (JBW) (CLP), and *The City of New York v. Bob Moates' Sport Shop*, 06 Civ. 6504 (JBW)(CLP), the Special Master has issued a written report covering the time period from the date of settlement through March 31, 2009. Each party has been sent the portions of the report that pertain to it. Please let us know if you would like to receive a copy of the report or have any questions.

Very truly yours,

Andrew Weissmann
Special Master

AW/ca
cc: Corporation Counsel of the City of New York *(Via Hand Delivery)*
*Via UPS Overnight Mail*
Big Tom's Pawn Shop

25902_1

Coastal Pawn Shop
Dick's Pawn Shop, Inc.
Gallery Distributing, Inc.
Hot Shots Jewelry & Pawn
Jim's Guns & Whatever
John's Gun & Tackle Room
Miller Rod & Gun, Inc.
Peddler's Post
Rooks Sales & Service
Town & Country Pawn Shop
Woody's Pawn Shop
Joseph Macejko, Esq.
John F. Renzulli, Esq.
Jeffrey Malsch, Esq.