UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

THE CITY OF NEW YORK,

                              Plaintiff,

                -against-

A-1 JEWELRY & PAWN, INC.; ADVENTURE OUTDOORS, INC.; COLE'S GUN SHOP, INC.; DUNKELBERGER'S SPORTS OUTFITTERS; GALLERY DISTRIBUTING INC.; GREG L. DRIGGERS d/b/a AAA Gun & Pawn Brokers; THE GUN STORE, INC.; HAROLD W. BABCOCK, JR. d/b/a Webb's Sporting Goods; JAMES THOMAS FARMER d/b/a Jim's Guns and Whatever; MICKALIS PAWN SHOP, LLC; NANCY DAILEY d/b/a Peddler's Post; OLD DOMINION GUNS & TACKLE, INC.; PATRIOT SERVICES, INC.; VIRGINIA FIREARMS & TRANSFERS, INC.; WELSH PAWN SHOP, INC. d/b/a Big Tom's Pawn Shop; and WOODROW C. HOLMAN III d/b/a Woody's Pawn Shop,

                              Defendants.

------------------------------------------------------------------------ x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 25 2010 ★
BROOKLYN OFFICE

06 CV 2233 (JBW) (CLP)

## ORDER OF THE SPECIAL MASTER

Andrew Weissmann, Special Master:

On January 8, 2010, the Special Master issued an Order prohibiting Gallery Distributing, Inc. d/b/a Gallery Guns ("Gallery") from selling any firearms in the absence of any necessary license, including but not limited to those required under federal, state, county, municipal, or local law or regulation (the "January 8 Order"). The January 8 Order was served on counsel for Gallery on January 12, 2010.

On January 20, 2010, the Special Master issued an Order finding that Gallery had violated the Stipulation and Settlement Agreement entered into by Gallery and The City of New York (the "City"), and so ordered by the Honorable Jack B. Weinstein on September 8, 2008 (the



"Settlement Order"), by failing accurately to account for its inventory as required under federal law and regulation (the "January 20 Order").

On January 25, 2010, the Special Master received a letter from Gallery dated January 17, 2010, raising issues regarding the January 8 Order, including lack of notice. It is hereby:

ORDERED that Gallery's January 17 letter will be deemed to be an objection to the January 8 Order and January 20 Order.

IT IS FURTHER ORDERED that, pursuant to paragraph 8 of the Settlement Order, counsel for Gallery and counsel for the City shall participate in a conference call with the Special Master during the week of January 25, 2010 to address any and all issues and objections regarding the January 8 Order and the January 20 Order.

DATED: January 25, 2010

_____
Special Master Andrew Weissmann