# JENNER&BLOCK

April 9, 2010

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ APR 20 2010 ★
BROOKLYN OFFICE

Jenner & Block LLP          Chicago
919 Third Avenue            Los Angeles
37th Floor                  New York
New York, NY 10022          Washington, DC
Tel 212-891-1600
www.jenner.com

Andrew Weissmann
Tel  212 891-1650
Fax  212 909-0850
aweissmann@jenner.com

**VIA UPS OVERNIGHT DELIVERY**

Honorable Jack B. Weinstein
United States District Judge
United States District Court
For the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Cheryl L. Pollak
United States Magistrate Judge
Chambers Room 1230
United States District Court
For the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   **The City of New York v. A-1 Jewelry & Pawn, Inc., et al.**
      **06 CV 2233 (JBW) (CLP)**

      **The City of New York v. Bob Moates' Sport Shop, et al.**
      **06 CV 6504 (JBW)(CLP)**

Dear Judges Weinstein and Pollak:

I write to inform you that, pursuant to the Appointment Orders and settlement agreements with respect to the parties listed below in *The City of New York v. A-1 Jewellery & Pawn, Inc.*, 06 CV 2233 (JBW) (CLP) and *The City of New York v. Bob Moates' Sport Shop*, 06 Civ. 6504 (JBW)(CLP), the Special Master has issued a written report covering the time period from the date of settlement through December 31, 2009. Each party has been sent the portions of the report that pertain to it. Please let us know if you would like to receive a copy of the reports or have any questions.

Very truly yours,

Andrew Weissmann
Special Master

AW/ca
cc:   Corporation Counsel of the City of New York *(Via Hand Delivery)*

31892_1

April 9, 2010
Page 2

    *Via UPS Overnight Mail*
    Coastal Pawn Shop
    Dick's Pawn Shop, Inc.
    Dunkelberger's Sports Outfitters
    Hot Shots Jewelry & Pawn
    John's Gun & Tackle Room
    Miller Rod & Gun, Inc.
    Peddler's Post
    Rooks Sales & Service
    Town & Country Pawn Shop
    Woody's Pawn Shop
    Joseph Macejko, Esq.
    John F. Renzulli, Esq.

31892_1