UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 1 1 2015 ★

BROOKLYN OFFICE

THE CITY OF NEW YORK,

       Plaintiff,

– against –

ADVENTURE OUTDOORS, INC.,

       Defendant.

**ORDER & JUDGMENT**

06-CV-2233

Pursuant to the City's filed letter of February 20, 2015, and with defendant's consent, this action is dismissed. The Clerk of the Court is ordered to return the posted bond to defendant. The case is closed.

SO ORDERED.

/s/ Jack B. Weinstein
Jack B. Weinstein
Senior United States District Judge

Date: June 10, 2015
      Brooklyn, New York

